# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TONY YANG | Criminal Docket No.<br>1:23-cr-00258-SDG-CMS-1 |

## ORDER

This matter is before the Court for consideration of the Report and Recommendation Concerning Plea of Guilty entered by United States Magistrate Judge John K. Larkins, III [ECF 38], which recommends that Defendant Tony Yang's plea of guilty be accepted and that the Defendant be adjudged guilty. Neither party filed objections to the Report and Recommendation. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), this Court reviewed the Report and Recommendation for clear error and found none. Accordingly, this Court ADOPTS the Report and Recommendation [ECF 38] as the order of this Court.

Defendant Tony Yang's plea of guilty is **ACCEPTED** and he is **ADJUDGED** guilty. Sentencing is scheduled for Monday, August 26, 2024 at 2:00 p.m.

IT IS SO ORDERED this 10th day of June, 2024.

_____
Steven D. Grimberg
United States District Court Judge